**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MICROTEL INNS AND SUITES FRANCHISING, INC., | ) | CIVIL ACTION NO. 1:14-CV-03736-AT |
| Plaintiff, | ) | |
| v. | ) | |
| OM HOSPITALITY CHARLOTTE, INC., and NAGINBHAI G. PATEL, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned counsel of record certifies as follows:

1. The undersigned counsel certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**There is no publicly held corporation owning 10% or more of the stock of Om Hospitality Charlotte, Inc.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None, other than the parties to this litigation.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Defendants:**

- Graham E. McDonald
- Matthew R. Johnson

**Counsel for Plaintiff:**

- Richard J. Baker
- Bryan P. Couch
- Kelly A. Krug

This 27th day of May, 2015.

O'DANIEL McDONALD, LLC

/s/ Graham E. McDonald
Graham E. McDonald
Georgia Bar No. 843090
Matthew R. Johnson
Georgia Bar No. 940675
8010 Roswell Road, Suite 210
Atlanta, GA 30350-3939

(404) 419-6300
(404) 419-6301 (fax)
gmcdonald@odmclaw.com
mjohnson@odmclaw.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned attorney does hereby certify that a true and correct copy of the CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was duly served upon the following Registered Users via CM/ECF:

Richard J. Baker
Owen, Gleaton, Egan, Jones & Sweeney, LLP
1180 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30309

Bryan P. Couch
Kelly A. Krug
LeClairRyan
1037 Raymond Boulevard
Newark, NJ 07102

This 27th day of May, 2015.

/s/ Graham E. McDonald
Graham E. McDonald