**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICROTEL INNS AND SUITES FRANCHISING, INC., a Georgia Corporation,<br>Plaintiff,<br>v.<br>OM HOSPITALITY CHARLOTTE, INC., a North Carolina Corporation; and NAGINBHAI G. PATEL, an individual,<br>Defendants. | : | Case No. 1:14-cv-03736-AT |

**<u>AFFIDAVIT OF EFFECTUATED SERVICE</u>**

BRYAN P. COUCH, of full age, hereby certifies and states:

1. I am an attorney-at-law admitted pro hac vice in the Northern District of Georgia and a shareholder of the law firm of LeClairRyan, attorneys for plaintiff, Microtel Inns and Suites Franchising, Inc. ("MISF"), in the above captioned matter. As such, I have personal knowledge of the facts contained herein.

2. The Complaint was filed with the Court on November 20, 2014. <u>See</u> Document No. 1.

3. On November 24, 2015, we forwarded the Summons and Complaint to Recon Management Group ("Recon") to effectuate personal service upon defendants.

4. Despite diligent efforts and inquiry, Recon was unable to personally serve defendants. See Document Nos. 11-12.

5. Defendants may be served in a judicial district of the United States by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." *Fed. R. Civ. P.* 4(e)(1).

6. Recon identified that defendant Naginbhai G. Patel, in both his personal capacity and in his capacity as officer of defendant Om Hospitality Charlotte, Inc., resides at 8506 Delamere Lane, Charlotte, North Carolina 28269. (See Document Nos. 11-12.)

7. According to the North Carolina Rules of Civil Procedure, defendants may be served by mailing a copy of the Summons and of the Complaint, registered or certified mail, return receipt requested, addressed to the party to be served, and delivering it to the addressee. *N.C. Gen. Stat. Ann.* 1A-1, 4(j)(1)(c) and 4(j)(6)(c).

8. On April 24, 2015, on plaintiff's behalf, a member of our law firm deposited a copy of the Summons and Complaint, accompanied by a letter, with the U.S. Postal Service to be delivered via certified mail, return receipt requested. A copy of the letter, dated April 24, 2015, is attached hereto as Exhibit A.

9. On May 6, 2015, defendants received, via certified mail, return receipt requested, and accepted service of the copy of the Summons and Complaint. A copy of the signed return receipt is attached hereto as Exhibit B.

I certify under penalty of perjury that the foregoing is true and correct

Bryan P. Couch

Dated: June 5, 2015

# EXHIBIT A

LECLAIRRYAN

APRIL 24, 2015

**VIA REGULAR AND CERTIFIED MAIL**

Naginbhai G. Patel
OM Hospitality Charlotte, Inc.
8506 Delamere
Charlotte, North Carolina 28269

Re: **Mictrotel Inn & Suites Franchising, Inc. v. OM Hospitality Charlotte, et al.**
**Civil Action No. 1:14-CV-03736-at**
**Site No. MIS 28254**

Dear Sir or Madam:

Enclosed for service upon you is a Summons and Complaint filed against defendants OM Hospitality Charlotte, Inc. and Naginbhai G. Patel in the United States District Court for the Northern District of Georgia. Please be guided accordingly.

Very truly yours,

Bryan P. Couch

BPC:vs
Enclosure

E-mail: Bryan.Couch@leclairryan.com
Direct Phone: (973) 491-3582
Direct Fax: (973) 491-3632

1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Phone: 973.491.3600 \ Fax: 973.491.3555

7014 2120 0003 9082 6395

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

*Sent To*

*Street & Apt. No., or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, July 2014 See Reverse for Instructions

# EXHIBIT B

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raginbhai G. Patel
OM Hospitality Charlotte, ...
8506 Delamere
Charlotte, NC 28269

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X M. N Patel ☐ Agent ☒ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7014 2120 0003 9082 6395

PS Form 3811, July 2013 Domestic Return Receipt

UNITED STATES POSTAL SERVICE

Date: May 20, 2015

Kelly Krug:

The following is in response to your May 20, 2015 request for delivery information on your Certified Mail™ item number 70142120000390826395. The delivery record shows that this item was delivered on May 6, 2015 at 12:17 pm in CHARLOTTE, NC 28269. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :




Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICROTEL INNS AND SUITES FRANCHISING, INC., a Georgia Corporation, | : | Case No. 1:14-cv-03736-AT |
| Plaintiff, | : | |
| v. | : | |
| OM HOSPITALITY CHARLOTTE, INC., a North Carolina Corporation; and NAGINBHAI G. PATEL, an individual, | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day filed a copy of the foregoing **AFFIDAVIT OF EFFECTUATED SERVICE** with the Clerk of Court using the CM/ECF system which automatically send a service copy via email notification upon the following counsel of record for Plaintiff:

Graham E. McDonald
Matthew R. Johnson
8010 Roswell Road, Suite 210
Atlanta, GA 30350-3939
gmcdonald@odmclaw.com
mjohnson@odmclaw.com

This 5th day of June, 2015

/s/ Richard J. Baker__________
Georgia Bar No. 033879
Attorney for Plaintiff
Owen, Gleaton, Egan, Jones & Sweeney, LLP
1180 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30309
Tel: 404-688-2600
Fax: 404-525-4347
E-mail: baker@og-law.com